**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher J. Guenther Sr. aka Christopher John Guenther aka Christopher Guenther<br>　　　Danielle A. Guenther aka Danielle Aaron Guenther aka Danielle A. Disbrow<br><br>　　　　　Debtors | CHAPTER 13<br><br>BKY. NO. 16-13459 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of VW Credit, Inc. dba Volkswagen Credit, and index same on the master mailing list.

Re: Loan # Ending In: 2007

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 627-1322  FAX (215) 627-7734