## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Danielle A. Guenther aka Danielle Aaron Guenther aka Danielle A. Disbrow<br>        Christopher J. Guenther Sr. aka Christopher John Guenther aka Christopher Guenther<br>                Debtors | CHAPTER 13 |
| VW Credit, Inc. dba Volkswagen Credit, its successors and/or assigns<br>                Moving Party<br>        vs. | NO. 16-13459 REF |
| Danielle A. Guenther aka Danielle Aaron Guenther aka Danielle A. Disbrow<br>Christopher J. Guenther Sr. aka Christopher John Guenther aka Christopher Guenther<br>                Debtors | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of VW Credit, Inc. dba Volkswagen Credit, which was filed with the Court on or about **November 30, 2016**.

    Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

December 21, 2016