United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher J Guenther, Sr.
Danielle A Guenther
      Debtors

Case No. 16-13459-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Apr 05, 2017
                    Form ID: 167    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db/jdb    +Christopher J Guenther, Sr.,    Danielle A Guenther,    800 Cornwallis Drive,    Easton, PA 18040-8028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr    E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2017 01:25:30    Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit     bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,     ecf_frpa@trustee13.com
      STEVEN R. SAVOIA    on behalf of Joint Debtor Danielle A Guenther ssavoia@ptd.net
      STEVEN R. SAVOIA    on behalf of Debtor Christopher J Guenther, Sr. ssavoia@ptd.net
      THOMAS I. PULEO    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit     tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher J Guenther, Sr.
and Danielle A Guenther
      Debtor(s)                           Case No: 16−13459−ref

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

*RESCHEDULED HEARINGS*

Chapter 13 Plan Confirmation Hearing

−and−

Trustee's Motion to Dismiss Case for Plan Feasibility & Underfunded, Failure to File Documents.

    on: 5/18/17

    at: 09:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 4/5/17

Timothy B. McGrath
Clerk of Court

35 − 29
Form 167