IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Reading Division

| | | |
|---|---|---|
| In re   CHRISTOPHER J. GUENTHER and DANIELLE A. GUENTHER, | : : : | CASE NO. 4:16-bk-13459-ref |
| Debtors. | : : | CHAPTER 13 |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw my appearance on behalf of the Debtors in the above-captioned matter.

Alternate counsel has entered his appearance on behalf of the Debtors.

                Respectfully submitted,

                STEVEN R. SAVOIA, Attorney at Law


                By:____/s/ Steven R. Savoia_____
                     Attorney ID # 92253
                     621 Ann Street; P.O. Box 263
                     Stroudsburg, PA 18360
                     Telephone No.: (570) 972-2060
                     Facsimile No.:  (570) 338-3499