United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher J Guenther, Sr.  
Danielle A Guenther  
    Debtors

Case No. 16-13459-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Cathleen              Page 1 of 1         Date Rcvd: Jul 28, 2017
                  Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
13783546        +SLM TRUST 2011-1 on behalf of MHEAC,    d/b/a ASA,    Keith Coburn,    MHEAC d/b/a ASA,
          100 Cambridge Street, Suite 1600,    Boston, MA 02114-2518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor   VW Credit, Inc. dba Volkswagen Credit
       bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN    on behalf of Joint Debtor Danielle A Guenther scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      SCOTT F. WATERMAN    on behalf of Debtor Christopher J Guenther, Sr. scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13459-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Christopher J Guenther, Sr.<br>800 Cornwallis Drive<br>Easton PA 18040 | Danielle A Guenther<br>800 Cornwallis Drive<br>Easton PA 18040 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/27/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: SLM TRUST 2011-1 on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/30/17

Tim McGrath
**CLERK OF THE COURT**