IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher J. Guenther and          :   Chapter 13
        Danielle A. Guenther

                Debtors          :   No. 16-13459-ref

## **ORDER**

AND NOW, upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtors, for Approval of Counsel Fees in the sum of $1,250.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED.

BY THE COURT:

**Date: September 1, 2017**

_____
Richard E. Fehling, Bankruptcy Judge