United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13459-ref
Christopher J Guenther, Sr.                                         Chapter 13
Danielle A Guenther
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Cathleen        Page 1 of 1        Date Rcvd: Aug 31, 2017
                            Form ID: 155          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
db/jdb         +Christopher J Guenther, Sr.,   Danielle A Guenther,   800 Cornwallis Drive,
                Easton, PA 18040-8028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
       bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN    on behalf of Joint Debtor Danielle A Guenther scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      SCOTT F. WATERMAN    on behalf of Debtor Christopher J Guenther, Sr. scottfwaterman@gmail.com,
       scottfwaterman@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher J Guenther, Sr. and
Danielle A Guenther
       Debtor(s)                                    Chapter: 13
                                              Bankruptcy No: 16−13459−ref

_____

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 31, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                Richard E. Fehling
                                                Judge ,
                                                United States Bankruptcy Court

                                                                   54
                                                            Form 155