United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13459-ref
Christopher J Guenther, Sr.                                             Chapter 13
Danielle A Guenther
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Violet              Page 1 of 1           Date Rcvd: Sep 01, 2017
                            Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2017.
db          +Christopher J Guenther, Sr.,   800 Cornwallis Drive,   Easton, PA 18040-8028
jdb         +Danielle A Guenther,   800 Cornwallis Drive,   Easton, PA 18040-8028
cr           ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2017 02:10:48     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Danielle A Guenther scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Debtor Christopher J Guenther, Sr. scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Christopher J. Guenther and | : | Chapter 13 |
| Danielle A. Guenther | | |
| Debtors | : | No. 16-13459-ref |

### ORDER

AND NOW, upon application of SCOTT F. WATERMAN, ESQUIRE, counsel for the above-captioned Debtors, for Approval of Counsel Fees in the sum of $1,250.00, and no objections or responsive pleading thereto having been filed, it is hereby ORDERED that the said Application is APPROVED.

BY THE COURT:

**Date: September 1, 2017**

_____
Richard E. Fehling, Bankruptcy Judge