IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-13459-ref |
| CHRISTOPHER J. GUENTHER, SR., and DANIELLE A. GUENTHER, | Chapter 13 |
| Debtors, | Related to Doc. Nos. 58 and 59 |
| VW CREDIT, INC. d/b/a VOLKSWAGEN CREDIT | |
| Movant, | |
| v.<br>CHRISTOPHER J. GUENTHER, SR., DANIELLE A. GUENTHER, and FREDERICK L. REIGLE, Chapter 13 Trustee. | |
| Respondents. | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 22nd day of May, 2018, I served a copy of the Motion for Relief from the Automatic Stay (filed at Document No. ) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. ) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Christopher J Guenther, Sr.
Danielle A. Guenther
800 Cornwallis Drive
Easton, PA 18040

and:

| | |
|---|---|
| Scott F. Waterman, Esq. | scottfwaterman@gmail.com |
| Frederick L. Reigle, Ch. 13 Trustee | ecfmail@fredreiglech13.com |
| Office of the United States Trustee | ustpregion03.ph.ecf@usdoj.gov |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for VW Credit, Inc. d/b/a Volkswagen Credit*