IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CHRISTOPHER J. GUENTHER, SR., and DANIELLE A. GUENTHER,<br><br>          Debtors,<br><br>VW CREDIT, INC. d/b/a VOLKSWAGEN CREDIT<br><br>          Movant,<br><br>     v.<br>CHRISTOPHER J. GUENTHER, SR., DANIELLE A. GUENTHER, and FREDERICK L. REIGLE, Chapter 13 Trustee.<br><br>          Respondents. | Bankruptcy No. 16-13459-ref<br><br>Chapter 13<br><br>Related to Doc. No. 58, 59 |

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

VW Credit, Inc. d/b/a Volkswagen Credit has filed a Motion for Relief from the Automatic Stay with the Court to life the automatic stay regarding the 2013 Volkswagen Passat Sedan 4D SE TDI 2.0L I4 T-Diesel VIN 1VWBN7A35DC090369.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

     1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before Monday, June 11, 2018, you or your attorney must do **all** of the following:

          (a)  file an answer explaining your position at:

               Clerk, U.S. Bankruptcy Court
               The Madison Building
               400 Washington Street
               Reading, PA 19601

     If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the movant's attorneys:

>Keri P. Ebeck, Esquire
>Bernstein-Burkley, P.C.
>Suite 2200, Gulf Tower
>Pittsburgh, PA  15219

2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **Thursday, June 14, 2018 at 9:30 A.M.** in Courtroom #1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

>Respectfully submitted,
>
>BERNSTEIN-BURKLEY, P.C.
>
>By: /s/ Keri P. Ebeck
>Keri P. Ebeck, Esq.
>PA I.D. #91298
>kebeck@bernsteinlaw.com
>Suite 2200, Gulf Tower
>Pittsburgh, PA 15219
>Phone (412) 456-8112
>Fax: (412) 456-8135
>
>*Counsel for VW Credit, Inc. d/b/a Volkswagen Credit*

Dated:  May 23, 2018