IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-13459-ref |
| CHRISTOPHER J. GUENTHER, SR., and DANIELLE A. GUENTHER, | Chapter 13 |
| | Related to Doc. No. 61 |
| Debtors, | |
| VW CREDIT, INC. d/b/a VOLKSWAGEN CREDIT | |
| Movant, | |
| v. | |
| CHRISTOPHER J. GUENTHER, SR., DANIELLE A. GUENTHER, and FREDERICK L. REIGLE, Chapter 13 Trustee. | |
| Respondents. | |

CERTIFICATE OF SERVICE OF AMENDED NOTICE OF MOTION

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 23rd day of May, 2018, I served a copy of the Amended Notice of Motion, Response Deadline and Hearing Date on Motion by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Christopher J Guenther, Sr.
Danielle A. Guenther
800 Cornwallis Drive
Easton, PA 18040

Lisa Marie Ciotti
Counsel for Chapter 13 Trustee
Frederick L. Reigle, Esq.
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Counsel to Debtor
110 West Front Street
Media, PA 19063
(610) 566-6177

and:

| | |
|---|---|
| Scott F. Waterman, Esq. | scottfwaterman@gmail.com |
| Frederick L. Reigle, Ch. 13 Trustee | ecfmail@fredreiglech13.com |
| Office of the United States Trustee | ustpregion03.ph.ecf@usdoj.gov |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for VW Credit, Inc. d/b/a Volkswagen Credit*