IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CHRISTOPHER J. GUENTHER, SR., and DANIELLE A. GUENTHER,<br><br>Debtors,<br><br>VW CREDIT, INC. d/b/a VOLKSWAGEN CREDIT<br><br>Movant,<br><br>v.<br><br>CHRISTOPHER J. GUENTHER, SR., DANIELLE A. GUENTHER, and WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>Respondents. | Bankruptcy No. 16-13459-ref<br><br>Chapter 13<br><br>Related to Doc. No. 58 |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: August 23, 2018**

BY THE COURT

_R NME FW_ (signature)

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Chief Judge