United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13459-ref
Christopher J Guenther, Sr.                                             Chapter 13
Danielle A Guenther
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR               Page 1 of 1              Date Rcvd: Aug 23, 2018
                              Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
db/jdb       +Christopher J Guenther, Sr.,   Danielle A Guenther,   800 Cornwallis Drive,
               Easton, PA 18040-8028
cr            ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2018 01:27:42      Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              KERI P EBECK    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
               kebeck@bernsteinlaw.com,  DMcKay@bernsteinlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Danielle A Guenther scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Debtor Christopher J Guenther, Sr. scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    VW Credit, Inc. dba Volkswagen Credit
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 16-13459-ref |
|---|---|
| CHRISTOPHER J. GUENTHER, SR., and DANIELLE A. GUENTHER, | Chapter 13 |
| Debtors, | Related to Doc. No. 58 |
| VW CREDIT, INC. d/b/a VOLKSWAGEN CREDIT | |
| Movant, | |
| v. CHRISTOPHER J. GUENTHER, SR., DANIELLE A. GUENTHER, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

ORDER OF COURT

AND NOW, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: August 23, 2018**

BY THE COURT

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Chief Judge