UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : |  |
| In Re:  Withdrawal of Counsel | : |  |
| Patricia M. Mayer, Esquire |  |  |
| and Substitution of Counsel | : | Miscellaneous No. 19-03005 |
| Michael P. Kelly, Esquire | : |  |
|  | : |  |

**NOTICE**

On this 31st day of December 2019, notice is hereby given that pursuant to Local Bankruptcy Rule 2091-1, Patricia M. Mayer has withdrawn her appearance as counsel and Michael P. Kelly has been substituted as counsel of record pursuant to the attached list of cases.

Timothy B. McGrath
Clerk of Court

**Cases to be transferred from Patricia M. Mayer, Esquire to Michael P. Kelly, Esquire**

| Name | Case Number |
|---|---|
| Steve Burkes | 16-18303amc |
| Michael Carpenter | 18-16635amc |
| Deneen Checchia | 18-10742elf |
| Paul Correnti | 19-17021mdc |
| Vivienne Cortes | 15-11124mdc |
| Peder Cox | 15-11604amc |
| Richard Dantinne | 15-11604mdc |
| James Doe | 17-17418jkf |
| Lisa Eden | 19-16890elf |
| Jackie Eschbach | 18-12427jkf |
| Jacki Fulmer | 16-16798mdc |
| Robin Garrett | 18-13391elf |
| Anabel Genevitz | 19-17022jkf |
| Chris & Danielle Guenther | 16-13459ref |
| Manya Gurevich | 19-16257elf |
| Glenna Hendren | 16-12351 |
| Amy Hetrick | 15-10240mdc |
| Kara Hill | 18-11910elf |
| Anthony & Marie Keller | 14-19726jkf |
| Michael Kingsbury | 15-13093jkf |
| Pamela Kinsey | 19-15122amc |
| Svetlana Kutovoy | 19-13553jkf |
| Joseph & Barbara Lewis | 17-10698jkf |
| Michael Meehan | 16-10582elf |

| | |
|---|---|
| Minhchae&Elizabeth Nguyen | 18-12530amc |
| Georgette Niles | 17-17318elf |
| Herbert Panetta | 19-16891amc |
| Adriane C. Pepitone | 16-11301jkf |
| Christine Prefach | 19-14231elf |
| Leonid & Lyudmila Primack | 19-14724amc |
| Stephanie Pyne | 15-17672elf |
| Joseph & Marie Rawlings | 17-13951jkf |
| Charles Rhodes | 17-18492amc |
| Maria Robb | 18017122jkf |
| Meredith Rothschild | 19-13534mdc |
| Ali Sarikaya | 19-16892elf |
| Greg & Helen Sciubba | 17-12450mdc |
| Gerard Shields | 17-16691elf |
| Erin Hirsch & Ezra Sherman | 19-15232jkf |
| Herman & Carole Siewert | 18-12094elf |
| Norman E. Sims | 18-10558jkf |
| Laurence Smith | 15-12442mdc |
| Scott Smith | 19-14364jkf |
| Brian Soares | 15-17982amc |
| Howard Sowell | 17-14244mdc |
| Melvin & Peggy Sterling | 16-11463elf |
| Karen Strow | 19-13546mdc |
| Joan Taylor | 19-15233jkf |
| Eric & Robyn Van Dusen | 19-14870mdc |

| | |
|---|---|
| Simon & Stephanie Wosko | 15-12264amc |
| William Weaver | 19-15453jkf |
| Lisa Welch | 19-17176mdc |
| Theresa Westcott | 19-15612jkf |
| Michelle White | 19-16480elf |
| Eugenia Wilkins-Hayes | 18-16527elf |
| Jennifer Zekas | 19-14578elf |