# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-13459-PMM |
| CHRISTOPHER J. GUENTHER, SR ) | CHAPTER 13 |
| AND DANIELLE A. GUENTHER ) | |
| DEBTORS ) | |

## NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 800 CORNWALLIS DRIVE, EASTON, PA 18040 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******0569

NOW COMES Wells Fargo Bank, N.A., by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
PABKR@brockandscott.com

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, South Carolina 29715

Please take notice that the undersigned hereby appears as counsel for Wells Fargo Bank, N.A. pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor

20-13217 BKSUP01



with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

                RESPECTFULLY SUBMITTED,

/s/ *Andrew Spivack*
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-13217 BKSUP01

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on December 2, 2020 to the following:

Christopher J. Guenther, Sr
800 Cornwallis Drive
Easton, PA 18040

Danielle A. Guenther
800 Cornwallis Drive
Easton, PA 18040

Cowan & Kelly
202 Penns Square
Langhorne, PA 19047
mpkpc@aol.com


William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

United States Trustee, US Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106


    /s/ Andrew Spivack
Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-13217 BKSUP01