United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 16-13459-pmm
Christopher J Guenther, Sr. Chapter 13
Danielle A Guenther
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Feb 22, 2021      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 13786407 | Wells Fargo Bank, NA, Default Documents Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 24, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE et alLOAN TRUST A andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank NA paeb@fedphe.com

KERI P EBECK
    on behalf of Creditor VW Credit Inc. dba Volkswagen Credit kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MICHAEL P. KELLY
    on behalf of Debtor Christopher J Guenther Sr. mpkpc@aol.com, r47593@notify.bestcase.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 22, 2021 | Form ID: trc | Total Noticed: 1

MICHAEL P. KELLY
    on behalf of Joint Debtor Danielle A Guenther mpkpc@aol.com r47593@notify.bestcase.com

THOMAS I. PULEO
    on behalf of Creditor VW Credit Inc. dba Volkswagen Credit tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13459-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher J Guenther, Sr.　　　　　　　　　　　　　　　　Danielle A Guenther
800 Cornwallis Drive　　　　　　　　　　　　　　　　　　　800 Cornwallis Drive
Easton PA 18040　　　　　　　　　　　　　　　　　　　　　Easton PA 18040

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/19/2021.

Name and Address of Alleged Transferor(s):　　　　　　　Name and Address of Transferee:

Claim No. 12: Wells Fargo Bank, NA, Default Documents Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:　02/24/21　　　　　　　　　　　　　　　　　Tim McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF THE COURT**