Certificate Number: 17572-PAE-DE-035776713

Bankruptcy Case Number: 16-13459



17572-PAE-DE-035776713

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2021, at 7:48 o'clock PM PDT, Christopher J Guenther Sr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 21, 2021                    By:    /s/Kelly Faulks

                                         Name:  Kelly Faulks

                                         Title: Counselor