Certificate Number: 17572-PAE-DE-035776715

Bankruptcy Case Number: 16-13459



17572-PAE-DE-035776715

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>June 21, 2021</u>, at <u>7:48</u> o'clock <u>PM PDT</u>, <u>Danielle A Guenther</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 21, 2021</u>

By:  <u>/s/Kelly Faulks</u>

Name:  <u>Kelly Faulks</u>

Title:  <u>Counselor</u>