United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Christopher J Guenther, Sr.  
Danielle A Guenther  
    Debtors

Case No. 16-13459-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Jul 16, 2021      Form ID: 138NEW      Total Noticed: 61

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher J Guenther, Sr., Danielle A Guenther, 800 Cornwallis Drive, Easton, PA 18040-8028 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13727851 | | ACS Education, PO Box 7051, Utica, NY 13504-7051 |
| 13727852 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 13823736 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13810498 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14582566 | + | Carrington Mortgage Services, LLC, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13957855 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13727858 | | First National Bank Omaha, PO Box 3331, Omaha, NE 68103-0331 |
| 13835597 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 13727862 | + | Keystone Collections Group, Forks Township Municipal Complex, 1606 Sullivan Trail, Easton, PA 18040-8332 |
| 13727864 | | Lehigh Valley Health Network, Cedar Crest & I-78, PO Box 689, Allentown, PA 18105-1556 |
| 13727866 | ++++ | MORRIS IMAGING ASSOC PC, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Morris Imaging Assoc PC, PO Box 6750, Portsmouth, NH 03802 |
| 13809860 | + | Morristown Emergency Medical Associates, PO Box 6312, Parsippany, NJ 07054-7312 |
| 13727867 | + | Morristown Medical Center, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 13830557 | | Morristown Medical Center, c/o CCCB, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 13742422 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 13727871 | + | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 13727872 | + | Radiology & MRI of Bethlehem, 5325 Northgate Drive, Suite 100, Bethlehem, PA 18017-9412 |
| 13783546 | + | SLM TRUST 2011-1 on behalf of MHEAC, d/b/a ASA, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600 Boston, MA 02114-2518 |
| 13761623 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14565670 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Lauren, NJ 08054-1218 |
| 14566032 | + | Wells Fargo Bank, NA, C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 13786407 | | Wells Fargo Bank, NA, Default Documents Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13767701 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13727875 | | Wells Fargo Credit Cards, PO Box 10347, Des Moines, IA 50306-0347 |
| 13727876 | + | Wells Fargo Home Mortgage, PO Box 9065, Temecula, CA 92589-9065 |
| 14582677 | + | Wilmington Savings Fund, C/O ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 32

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 61 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:21 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 16 2021 23:31:00 | Wilmington Savings Fund Society, FSB, as Trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 13727853 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:25 | Best Buy Credit Services, PO Box 790441, St. Louis, MO 63179-0441 |
| 14584156 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 16 2021 23:31:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14582567 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 16 2021 23:31:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, California 92806-5951 |
| 13727854 | + | Email/Text: bankruptcy@certifiedcollection.com | Jul 16 2021 23:32:00 | Certified Credit & Collection Bureau, PO Box 336, Raritan, NJ 08869-0336 |
| 13727856 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:38 | Citicards, Box 6500, Sioux Falls, SD 57117-6500 |
| 13727857 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Comenity Bank (J Crew & Victorias Secret), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 13809858 | | Email/Text: G06041@att.com | Jul 16 2021 23:32:00 | DirectTV, PO Box 6550, Greenwood Village, CO 80155 |
| 13727865 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:33 | Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 13824120 | | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 23:32:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13809859 | + | Email/Text: lori.rudolph@atlantichealth.org | Jul 16 2021 23:32:00 | Hackettstown Regional Medical Center, PO Box 864, Mahwah, NJ 07430-0864 |
| 13727860 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:38 | Home Depot Credit Services, PO Box 790328, St. Louis, MO 63179-0328 |
| 13727861 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2021 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13727855 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:28 | Chase Bank, PO Box 15299, Wilmington, DE 19850-5299 |
| 13727863 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2021 23:31:00 | Kohls, PO Box 3043, Milwaukee, WI 53201-3043 |
| 13777771 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:24 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13759753 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 16 2021 23:32:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13813386 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 13805981 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 13727870 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Bank, National Association, Auto Loan, PO Box 94982, Cleveland, OH 44101 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 13727869 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Bank, National Association, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 13795084 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 23:35:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13727868 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13784792 | Email/Text: bnc-quantum@quantum3group.com | Jul 16 2021 23:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13732970 | Email/PDF: rmscedi@recoverycorp.com | Jul 16 2021 23:35:37 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13727873 | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Synchrony Bank (Gap), PO Box 965003, Orlando, FL 32896-5003 |
| 13727874 | Email/Text: vci.bkcy@vwcredit.com | Jul 16 2021 23:32:00 | Volkswagen Credit, PO Box 3, Hillsboro, OR 97123 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 13795089 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13795136 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13795155 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13727859 | ## | Hackettstown Diagnostic Imaging, 254b Mountain Avenue, Suite 102, Hackettstown, NJ 07840-2413 |
| 13978273 | ##+ | Scott F. Waterman, Esquire, 110 W. Front Street, Media, PA 19063-3208 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE et alLOAN TRUST A andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 61 |

| | |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank NA andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor VW Credit Inc. dba Volkswagen Credit bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank NA paeb@fedphe.com |
| KERI P EBECK | on behalf of Creditor VW Credit Inc. dba Volkswagen Credit kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MICHAEL P. KELLY | on behalf of Joint Debtor Danielle A Guenther mpkpc@aol.com r47593@notify.bestcase.com |
| MICHAEL P. KELLY | on behalf of Debtor Christopher J Guenther Sr. mpkpc@aol.com, r47593@notify.bestcase.com |
| THOMAS I. PULEO | on behalf of Creditor VW Credit Inc. dba Volkswagen Credit tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM MILLER*R ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Christopher J Guenther, Sr. and
Danielle A Guenther

       Debtor(s)                                           Bankruptcy No: 16−13459−pmm

                                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        United States Bankruptcy Court
                     Office of the Clerk, Gateway Building
                        201 Penn Street, 1st Floor
                             Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                                          Timothy B. McGrath
                                                                           Clerk of Court

Dated: 7/16/21

                                                                                                                    86 − 85
                                                                                                         Form 138_new